McCALEB, J., is of the opinion that a writ should be granted to the bus company and its insurer.

153 So.2d 775

**Marlon MYERS**

**v.**

**The FIDELITY AND CASUALTY COM-PANY OF NEW YORK.**

**No. 46770.**

June 7, 1963.

In re: Marlon Myers applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 152 So.2d 96.

Writ refused. We find no error of law in the judgment complained of.